**STATE OF FLORIDA, on the Relation of H. E. Wolfe Construction Co., Inc., v. J. M. LEE, as Comptroller of the State of Florida.**

22 So. (2nd) 808                                      June Term, 1945
July 20, 1945                                             En Banc

*Keen, Allen & O'Kelley,* for relator.

*J. Tom Watson,* Attorney General and *George M. Powell,* Assistant Attorney General, for respondent .

PER CURIAM:

The motion to quash the alternative writ is denied on authority of State ex rel. Russell Badgett et al. v. J. M. Lee, Comptroller filed this day.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.